In the matter of the appeal from the decree or order of the prerogative court, affirming the order or decree of the Hudson county orphans court, declaring HENRY GRATER et al., entitled to share equally as nephews and nieces in a one-half interest in the personal estate of ELIZABETH PEAKE, deceased.

[Decided September 27th, 1934.]

*Mr. J. Raymond Tiffany,* for the appellant William P. Barry.

*Mr. William B. Stites,* for the respondents Emma Reilly et al.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *115 N. J. Eq. 233*.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 14.

*For reversal*—None.